FANNIE BATZ, as Administratrix of the Estate of JOHN BATZ, Deceased, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURG RAILWAY COMPANY, Appellant.

*Batz* v. *Buffalo, R. & P. Ry. Co.*, 143 App. Div. 957, affirmed.
(Argued April 8, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant.

*Samuel M. Havens* for appellant.

*James M. E. O'Grady* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

CLARA M. IVES, Respondent, *v.* THE TOWN OF SIDNEY, Appellant.

*Ives* v. *Town of Sidney*, 140 App. Div. 944, affirmed.
(Argued April 9, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*C. L. Andrus* for appellant.

*Charles C. Flaesch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.